KUHNLE, SPECIAL ADMR., APPELLANT, *v.* ZANDER ET AL.;
ALLSTATE INSURANCE COMPANY, APPELLEE.

[Cite as *Kuhnle v. Zander,* 103 Ohio St.3d 474, 2004-Ohio-5699.]

(No. 2004–0164—Submitted October 13, 2004—Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Kyle v. Buckeye Union Ins. Co.,* 103 Ohio St.3d 170, 2004-Ohio-4885, 814 N.E.2d 1195.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Schuller Law Office, Raymond H. Pittman III and Allison M. Taylor, for appellant.

Vassar, Dills, Dawson & Bonfiglio, Paul R. Bonfiglio and Keith J. Winterhalter, for appellee.

THE STATE EX REL. BLACKBURN, APPELLANT,
*v.* OHIO PACKING CO. ET AL., APPELLEES.

[Cite as *State ex rel. Blackburn v. Ohio Packing
Co.,* 103 Ohio St.3d 474, 2004-Ohio-5703.]

(No. 2004–0440–Submitted August 17, 2004–Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Michael J. Muldoon, for appellant.

Buckingham, Doolittle & Burroughs, L.L.P., for appellee Ohio Packing Company.

Jim Petro, Attorney General, and Paul H. Tonks, Assistant Attorney General, for appellee Industrial Commission of Ohio.

CINCINNATI COMPANIES *v.* ALBERS ET AL.; HOMAN ET AL., APPELLANTS;
CINCINNATI CASUALTY COMPANY ET AL., APPELLEES.

[Cite as *Cincinnati Cos. v. Albers,*
103 Ohio St.3d 475, 2004-Ohio-5702.]

(No. 2004–0544—Submitted October 13, 2004—Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Kyle v. Buckeye Union Ins. Co.,* 103 Ohio St.3d 170, 2004-Ohio-4885, 814 N.E.2d 1195.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.